IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00160-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     DONALD BRIAN WINBERG, and
2.     KARLIEN RICHEL WINBERG,

     Defendants.

---

## MOTION TO VACATE TRIAL

---

The United States of America, by and through, John F. Walsh, United States Attorney for the District of Colorado, and Patricia Davies, Assistant United States Attorney, moves the Court to vacate trial in this matter, currently set for January 5, 2015, and the final trial preparation conference, set for January 2, 2015.  In support thereof, the undersigned counsel notes the following:

     1.     On April 22, 2014, the Indictment was filed against the defendants, Donald Brian Winberg and Karlien Richel Winberg.  (Doc. 1).

     2.     On May 8, 2014, the defendants made their initial appearance in this case, and entered not guilty pleas.  Each of the defendants was subsequently released subject to pre-trial bond conditions and the supervision of the United States Probation Office.   (Docs. 5, 8, 9, 12, 13).

3.      On or about May 9, 2014, this Court set trial in this matter for July 14, 2014.  (Doc. 10).

4.      Each defendant subsequently moved to continue the trial date (Docs. 16, 17, 18); the motions were granted, and trial was rescheduled to October 20, 2014. (Doc. 26).

5.      The initial attorney for each defendant subsequently moved to withdraw from representation, and the motions were granted on June 19, 2014.  (Docs. 27, 28, 35).

6.      Current defense counsel entered their appearances on or about July 23, 2014 (Jennifer Wirsching for Karlien Winberg; Brendt Butler for Donald Winberg). (Docs. 49, 48).  Thereafter, each of the current defense attorneys moved to continue trial, and the motions were granted.  (Docs. 53, 54, 55).  Trial was scheduled for January 5, 2015, and the parties' final trial preparation conference was set for January 2, 2015.  (Doc. 55).

7.      Shortly before October 14, 2014, the undersigned counsel was advised that the defendants were allegedly in violation of various pre-trial release conditions. The undersigned was also advised that defendant Donald Winberg was allegedly engaged in additional fraud.  The undersigned counsel thus requested the issuance of an arrest warrant for the defendant Donald Winberg.

8.      The undersigned counsel is informed and believes that, shortly after the issuance of the arrest warrant for Donald Winberg, agents of the Federal Bureau of Investigation and others attempted to arrest Donald Winberg at his last known address.

However, when they arrived at the address, the Winbergs' landlord (who claimed to be owed back rent) was present, entered the premises and advised that it was vacant and that it appeared the Winbergs' belongings had been removed.

9.      On or about October 16, 2014, the undersigned counsel requested the issuance of an arrest warrant for the defendant Karlien Winberg.

10.      The undersigned counsel understands from communications with each of the current defense counsel that s/he has lost contact with her/his client and does not know the whereabouts of either Donald Brian Winberg or Karlien Richel Winberg.  The undersigned counsel has also conferred with the defendants' supervising United States Probation Officer and is advised that the officer does not know the whereabouts of either defendant, was not informed that the defendants were moving or of a new address, and that neither defendant has reported to him per the bond conditions since the defendants absconded on or about October 15, 2014.

11.      The Speedy Trial Act, 18 U.S.C. § 3161(h)(3)(A) excludes "in computing the time within which the trial of any such offense must commence: . . .[a]ny period of delay resulting from the absence or unavailability of the defendant. . ."

12.      The defendants are absent and unavailable; that is, the undersigned counsel, the FBI case agent, the defendants' respective attorneys and the United States Probation Office are unaware of the defendants' current location.

13.      The government requests that the current trial date be vacated at this time so that it may advise trial witnesses, particularly as the current trial date is scheduled shortly after the Christmas and New Year holidays.  The government also requests that

the trial date be vacated so that the government has adequate notice and time to

prepare for trial once defendants are located, and so as to not be disadvantaged by the

defendants' breach of their bond conditions and absconding.

Dated this 4th day of November, 2014.

JOHN F. WALSH
United States Attorney

By:     *s/Patricia Davies*
        PATRICIA DAVIES
        Assistant United States Attorney
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        FAX: (303) 454-0409
        E-mail: Patricia.Davies@usdoj.gov
        Attorney for the Government

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of November, 2014, I electronically filed the foregoing **MOTION TO VACATE TRIAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

<div style="margin-left:45%">

*s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0409
E-mail: Michelle.Trujillo@usdoj.gov

</div>