OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 14 2021

JEFFREY P. COLWELL
CLERK

14-CR-1160-PAB
#283

NORTH HOUSTON TX 773
DENVER CO 802
7 APR 2021 PM 2 L
1 APR 2021 PM 4 L

Karlien Richel Winberg

**RETURNED TO SENDER**
___ INCOMPLETE NAME/NUMBER
X NO LONGER AT THIS ADDRESS
___ PACKAGE NOT AUTHORIZED
___ ADDRESSEE UNKNOWN
___ INMATE TO INMATE NOT AUTHORIZED